UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 07-3094

———

UNITED STATES OF AMERICA

v.

HAKEEM JOHNSON

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D. C. No. 05-cr-00600)
District Judge:   Hon. Faith S. Hochberg

———

Submitted under Third Circuit LAR 34.1(a)
on June 26, 2008

Before:  SLOVITER, BARRY and ROTH, Circuit Judges

**JUDGMENT**

This case came on to be heard on the record before the United States District Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on June 26, 2008.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered July 11, 2007, be and the same is hereby affirmed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/Marcia M Waldron
**Clerk**

Dated: December 8, 2008