PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hakeem Johnson                        Cr.: 05-00600-001
                                                       PACTS #: 44019

Name of Sentencing Judicial Officer: Faith S. Hochberg, US District Court Judge

Date of Original Sentence: 07/09/07

Original Offense: Felon in Possession of a Firearm

Original Sentence: 93 months incarceration followed by 36 months supervised release; $500 fine; $100 special assessment fee; alcohol/drug testing/treatment, financial disclosure, no new debt, and DNA testing.

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/30/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**

On December 27, 2012, the offender tested positive for cocaine and admitted to using the substance a few days prior to testing.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance, and our office will increase urine testing. If any other instances of non-compliance arise, the Court will be notified.

Respectfully submitted,
**Maureen Kelly**
By: Suzanne Golda
U.S. Probation Officer
Date: 1/3/13

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

PROB 12A - Page 2
Hakeem Johnson

_____
Signature of Judicial Officer

1/7/2013
_____
Date